**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PHILOMENA HAUSLER,
     Plaintiff,

v.                                  No.: 1:22-cv-00623-KWR-JHR

VIVINT SOLAR DEVELOPER, LLC,
a Delaware limited liability company,
DOING BUSINESS AS "SUNRUN,"
and,
SUNRUN, INC.,
a Delaware corporation,
TROY MCGEE, a New Mexico resident,
     Defendants.

**ORDER GRANTING
PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR DISMISSAL**

     **THIS MATTER** is before the Court upon Plaintiff's Motion to Extend Deadline for Dismissal (**Doc. 19**), and the Court having reviewed the Motion and docket, the Court **FINDS** and **ORDERS**:

1. The Motion is **WELL-TAKEN** and is **GRANTED.**

2. The deadline for dismissal previously set for **December 23, 2022** is **EXTENDED** to **February 15, 2023 by 5:00 p.m. (local time)**, to allow the parties to complete the terms of the settlement.

     **IT IS SO ORDERED, ADJUDGED, AND DECREED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

LAW OFFICE OF DAVID C. KRAMER, LLC

*/s/ David C. Kramer*
David C. Kramer
P.O. Box 4662
Albuquerque, NM 87196
505-545-8105 (voice)
david@davidckramerlaw.com

Approved as to Form:

__*Approved by Defendant SunRun's counsel by email on 12/6/2022*_____
Mr. Kenneth J. Ferguson
kferguson@grsm.com
*Attorney for Vivint/SunRun*

2