IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILOMENA HAUSLER,
    Plaintiff,
v.                                           Case: 1:22-cv-00623-KWR-JHR

VIVINT SOLAR DEVELOPER, LLC,
a Delaware limited liability company,
DOING BUSINESS AS "SUNRUN,"
and,
SUNRUN, INC.,
a Delaware corporation,
TROY MCGEE, a New Mexico resident,
    Defendants.

## ORDER GRANTING PLAINTIFF'S
## SECOND MOTION TO EXTEND DEADLINE FOR DISMISSAL

**THIS MATTER** is before the Court upon Plaintiff's Second Motion for Extension of Time to Dismiss **[Doc. 21]**, and the Court having reviewed the Motion and docket, the Court **FINDS** and **ORDERS**:

1. That the Motion **[Doc. 21]** is **WELL-TAKEN** and is **GRANTED**.

2. That the deadline for dismissal previously set **[Doc. 20]** is amended to be **April 3, 2023**, **by 5:00 p.m. (local time**) to allow for the parties to complete the terms of the settlement.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

1

**RESPECTFULLY SUBMITTED,**

LAW OFFICE OF DAVID C. KRAMER, LLC

*/s/ David C. Kramer*
David C. Kramer
P.O. Box 4662
Albuquerque, NM 87196
505-545-8105 (voice)
david@davidckramerlaw.com

**APPROVED AS TO FORM:**

__Approved by Defendant SunRun's counsel Guilmartin by email on 1/30/2023_____
Mr. Kenneth J. Ferguson
kferguson@grsm.com
*Attorney for Vivint/SunRun*