UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| PHILOMENA HAUSLER,<br>　　*Plaintiff*, | :<br>:<br>:<br>:　　No. 1:22-cv-00623-KWR-JMR<br>: |
| VIVINT SOLAR DEVELOPER, LLC;<br>SUNRUN INC.; and TROY MCGEE<br>　　*Defendants*. | :<br>:<br>:<br>: |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be considered the parties' Joint Motion to Dismiss with Prejudice (**Doc. 24**).  Having considered the Motion, the pleadings, and the papers on file in this case, the Court is of the opinion that the Motion should be, in all things, **GRANTED**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims brought, or which could have been brought by PHILOMENA HAUSLER ("Plaintiff") and Defendants VIVINT SOLAR DEVELOPER, LLC, SUNRUN INC., and TROY MCGEE are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all costs of Court and attorney's fees incurred in this cause are taxed against the party incurring the same.

This judgment is final and is intended to be a final judgment and disposes of all claims and parties.

**SIGNED** on the **3RD** day of **APRIL 2023.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

2

**AGREED AND APPROVED:**

LAW OFFICE OF DAVID C. KRAMER, LLC

By: */s/ Davis C. Kramer*
David C. Kramer
P.O. Box 4662
Albuquerque, NM 87196
505-545-8105 (voice)
david@davidckramerlaw.com

*Attorney for Plaintiff Philomena Hausler*

and

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Kenneth J. Ferguson*
Kenneth J. Ferguson
New Mexico Bar No. 3780
901 S. Mopac Expressway
Building 1, Suite 480
Austin, TX   78746
Phone:  (512) 582-6472
Fax:  (512) 391-0183
Email:  kferguson@grsm.com

*Attorneys for Defendants Vivint Solar Developer, LLC and Sunrun Inc.*